FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2017 NOV -1 PM 4:03

*Keith E. Hottle*

KEITH E. HOTTLE, CLERK

Cause No. 04-17-00477- CV

Fourth Court of Appeals

San Antonio, Texas

| | |
|---|---|
| Christopher Olivarri & Maria Olivarri | *Appellant* |
| *Vs.* | |
| Ray Jesse Olivarri Jr. | *Appellee* |

Response to Appellee's Brief

Filed October 30th, 2017

Christopher Olivarri
Maria Olivarri
523 Cosgrove Street
San Antonio, Texas 78210
210-906-6288
Email: olivari@swbell.net
*Pro Se*

Response to Ray J. Olivarri Jr. Brief filed October 30, 2017

These are the Issues presented by Ray J. Olivarri Jr. and his Attorney Al Alonso.

1. This Court lacks jurisdiction to hear this appeal because Appellants failed to perfect their appeal by failing to file a nominal appeal bond in the amount of Five Hundred Dollars in the Justice Court to appeal their case to County Court

2. The County Court did not err in excluding Appellants' Rent-To-Own Agreement in a proceeding where Appellants failed to appear at trial and defaulted in presenting their case in chief.

3. The Courts did not err below in rejecting Appellants' arguments that the Fourth Amendment to the United States Constitution provided Appellants a defense in an eviction proceeding

4. The Courts below did not err in not sustaining Appellants' arguments that the Texas Deceptive Trade Practices Act was a relevant defense in an eviction proceeding

5. Whether this appeal is moot because Appellee now has possession of the Property

Maria L Olivarri

Christopher Olivarri

Certifate of Service

Copy of Brief response
Sent Nov. 01, 2017 to

Al Alonso Jr.
104 Babcock Rd. #107
San Antonio TX. 78201

From: Maria L. Olivarri
523 Cosgrove SA.

San Antonio, TX. 78210
210 906 6288

Responses;

Item 1.

On May 30th, 2017 Christopher Olivarri was present for court reference Eviction filed by his older brother Ray J. Olivarri Jr. A statement of Inability to Afford Payment of Court Costs or an Appeal Bond was submitted to Judge Rogelio Lopez, Justice Court Bexar Precinct 4, Place 1 2711 S.E. Loop 410, San Antonio, Texas 78222. A copy of submitted form is attached with certified letter from Bexar County, County Clerk Gerard Rickhoff dated June 5, 2017.

Item 2.

On July 26, 2017 I was not aware of court set for that date, I called the court That morning to see if court had been set, I was around the corner of the court house and was 5 minutes late, at that time I filed an appeal. I was not given a courtesy call, nor was I given a chance to present our case after being five minutes late. Eviction appeal was set for August 17th, 2017 at 09:30 in County Court #10 with Honorable Judge Karen Crouch (CAUSE No. 2017CV03082). On set date Ray J. Olivarri Jr. nor his attorney Al Alonso were present. I was asked to give Ray J. Olivarri Jr. a courtesy call, my phone number had been blocked by Mr. Ray Olivarri Jr. Judge Crouch then asked a member of her staff to call Ray J. Olivarri Jr. and Al Alonso, I was asked to wait until they showed up. Judge Crouch then cited since the case had already been filed in the fourth court of Appeals she was unable to make a judgement. The Rent to Own agreement between Christopher and Maria Olivarri with Angelita Z. Olivarri had been paid in full.

Item 3.

Our argument about our Fourth Amendment to the United States Constitution was
Err, our house belongings were thrown on the front lawn, items were broken and not all items were taken out so we lost those items, we could not secure our items, some of our belongings were taken by drivers seeing items out on the lawn, not being secure, during all this time Mr. Ray J. Olivarri Jr. sat in his vehicle watching our private property being destroyed.

Item 4.

Our argument that the Texas Deceptive Trade Practices Act is relevant to our case. We have said from day 1 that Angelita Z. Olivarri did not sign The Durable General Power of Attorney, that her signature appears doubled, we the appellants were with Mrs. Angelita Z. Olivarri all day. We have asked Mr. Ray J. Olivarri Jr. Notary Public that works in his office to see his logs, he was not willing to cooperate with our request, we filed a complaint with Texas State Notary Office, where his notary Edward T. Carrillo did not perform his duties as a notary within the law, Mr. Carrillo was found guilty to our complains. Attached complain and Texas State Notary's response.

Item 5.

Appellee's claim that this appeal is moot because Appellee now has possession of the Property. We stand with our argument that the eviction was illegal by Ray J. Olivarri Jr. The Durable power of attorney is false, that court accepted our inability to pay bond, rent payment was set at zero by Judge Rogelio Lopez.

We ask that the fourth court of appeals to considers all facts submitted by the Appellants. We are both disabled veterans that have been homeless since the eviction.

# 2017CV03082

CC 10



## TRANSCRIPT OF CIVIL DOCKET

### JUSTICE COURT, BEXAR COUNTY, TEXAS

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.

2017 JUN -5 AM 10: 18

| JUSTICE COURTS: | JP COURT 4, PLACE 1 | BEXAR COUNTY, TEXAS | CAUSE NO: | 42E1701973 |

**RAY JESSE OLIVARRI VS CHRISTOPHER OLIVARRI , MARIA OLIVARRI**

Suit upon Justice Court for $0.00 filed on **May 8th, 2017.** Required to appear and answer plaintiff's suit at or before 10 o'clock A.M., on Monday next after the expiration of 10 days from the date of service hereof; and placed in the hands of Constable of Bexar County, Texas

Returned : 11 May 2017

Executed the 05/11/2017

## ATTORNEY (S) OF RECORD

## ASSOCIATED DOCUMENTS

CREATED May 8th, 2017 - CIVIL CASE LABEL (INDIVIDUAL)
CREATED May 8th, 2017 - EVICTION CITATION
CREATED May 9th, 2017 - NOTICE OF SETTING - LTR
CREATED May 9th, 2017 - ADDRESS LABEL (INDIVIDUAL)
CREATED May 18th, 2017 - MISD CASE LABEL (INDIVIDUAL)
CREATED May 30th, 2017 - CASE NOTES FOR FOLDERS
CREATED May 30th, 2017 - JUDGMENT: FE&D (CIVIL) ORIGINAL APPEARED
CREATED May 30th, 2017 - JUDGMENT: FE&D (CIVIL) COPY APPEARED
CREATED May 30th, 2017 - WRITTEN NOTICE REFERENCE PAUPER'S APPEAL
CREATED May 30th, 2017 - ADDRESS LABEL (INDIVIDUAL)
CREATED May 30th, 2017 - TRANSCRIPT (CIVIL)

## REGISTER OF ACTIONS/CASE EVENTS

May 8th, 2017 / EVENT TYPE - Case Initiated -

May 8th, 2017 / EVENT TYPE - Receivable Created For $191.00

May 8th, 2017 / EVENT TYPE - Folder Created

May 8th, 2017 / EVENT TYPE - Scheduling event generated for SCHEDULED CASE @ 5/8/2017 10:48:12 AM

May 8th, 2017 / EVENT TYPE - Receipt# 862953 generated for the amount of $ 191.00

May 8th, 2017 / EVENT TYPE - COMPLAINT/PETITION FOR FE&D

May 8th, 2017 / EVENT TYPE - CASE LABEL CIVIL (INDIVIDUAL)

May 8th, 2017 / EVENT TYPE - EVICTION CITATION 09/01/2013

May 9th, 2017 / EVENT TYPE - INCOMING CORRESPONDANCES

May 9th, 2017 / EVENT TYPE - Scheduling event generated for SCHEDULED CASE @ 5/9/2017 4:22:45 PM

DOC040

# Gerard Rickhoff



COUNTY CLERK      BEXAR COUNTY

## BEXAR COUNTY COURT HOUSE
## SAN ANTONIO, TEXAS 78205

JUDGE ROGELIO LOPEZ
2711 SE LOOP 410 SOUTH PLACE 1
SAN ANTONIO, TX 78222

June 5, 2017

42E 1701973

no money

DATE TRANSCRIPT FILED: June 5, 2017
NEW CASE NUMBER: 2017CV03082 COUNTY COURT #10
STYLE OF CASE: RAY JESSE OLIVARRI VS CHRISTOPHER OLIVARRI ET AL

DEAR CHRISTOPHER OLIVARRI (APPELLANT PRO SE),

Please be advised that AN AFFIDAVIT OF INABILITY HAS BEEN FILED in the above referenced appeal from the Justice Court on June 5, 2017. Said cause is subject to trial pursuant to T.R.C.P.and other applicable local rules.

DEFENDANT IS TO FILE A WRITTEN ANSWER WITHIN 8 FULL DAYS FROM THE DATE THE TRANSCRIPT WAS FILED IN ACCORDANCE WITH T.R.C.P. 751 AND 753.

PURSUANT TO T.R.C.P. ANY MONIES ON DEPOSIT IN THE JUSTICE OF THE PEACE REGISTRY MUST BE TRANSFERRED TO THE COUNTY CLERK REGISTRY UPON RECEIPT OF THIS NOTICE. ALL SUBSEQUENT PAYMENTS REGARDING THE ABOVE STYLED CAUSE SHALL BE PAID INTO THE COUNTY CLERK REGISTRY.

Sincerely,

**Gerard Rickhoff,**
**Bexar County Clerk**
**Bexar County, Texas**

By: *Ashley Galan,* Deputy

CC: AL ALONSO (APPELLEE ATTORNEY)
    104 BABCOCK RD #107
    SAN ANTONIO, TX 78201

CC: CHRISTOPHER OLIVARRI (APPELLANT PRO SE)
    522 COSGROVE ST
    SAN ANTONIO, TX 78210

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

Cause Number: 428170 1973

*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: Roy Jesse Olivarri

*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: Christopher and Nana Olivarri

*(Print first and last name of the person being sued.)*

In the

Court Number

Bexar
County

*(check one):*
☐ District Court
☐ County Court / County Court at Law
☒ Justice Court

Texas

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: Maria Laura Olivarri
First · Middle · Last

My date of birth is: 4/28/61
Month/Day/Year

My address is: (Home) 522 Cosgrove St San Antonio Tx 78210

(Mailing) 522 Cosgrove St San Antonio Tx 78210

My phone number: 210 906 6288 My email: olivari@swbell.net

About my dependents: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 Christopher Olivarri | 56 | spouse |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.
-or-

☒ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.
or-

☐ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. - or -
☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
☐ Food stamps/SNAP   ☐ TANF  ☒ Medicaid   ☐ CHIP   ☐ SSI   ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance   ☐ Emergency Assistance
☐ Telephone Lifeline   ☐ Community Care via DADS   ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*

PI2-20170004308-7

SCANNED

# DURABLE GENERAL POWER OF ATTORNEY

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | **KNOW ALL MEN BY THESE PRESENTS** |
| **COUNTY OF BEXAR** | § | |

That I, Angelita Z Olivarri, of Bexar County, Texas, do hereby make, constitute, and appoint Ray Jesse Olivarri Jr., of Bexar County, Texas, as my true and lawful Attorney-in-Fact, with full power to do any and every act and exercise any and every power that I might or could do or exercise through any other person and that my Attorney-in-Fact, in such Attorney-in-Fact discretion, shall deem proper and advisable, intending hereby to vest in my Attorney-in-Fact a full and universal power of attorney, and not by way of limitation but as illustration, and including, but not limited to the following described real property:  602 Kampmann Blvd. San Antonio Texas 78201 with full power to:

(1)  accept as a gift or as security for a loan or reject, demand, buy, lease, receive, or otherwise acquire an interest in real property or a right incident to real property;

(2)  sell, exchange, convey with or without covenants, quitclaim, release, surrender, mortgage, encumber, partition, consent to partitioning, subdivide, apply for zoning, rezoning, or other governmental permits, plat or consent to platting, develop, grant options concerning, lease or sublet, or otherwise dispose of an estate or interest in real property or a right incident to real property;

(3)  make, acknowledge, execute, and deliver oil, gas, mineral or other natural resource leases of any real property, alone, or in conjunction with any other person or entity, under such conditions deemed proper; and make agreements and exercise every power incident to exploration, production or marketing of oil, gas, minerals, and other natural resources;

(4)  release, assign, satisfy, and enforce by litigation, action, or otherwise a mortgage, deed of trust, encumbrance, lien, or other claim to real property that exists or is claimed to exist;

(5)  do any act of management or of conservation with respect to an interest in real property, or a right incident to real property, owned or claimed to be owned by the principal, including power to:

(A)  insure against a casualty, liability, or loss;

(B)  obtain or regain possession or protect the interest or right by litigation, action, or otherwise;

(C)  pay, compromise, or contest taxes or assessments or apply for and receive refunds in connection with them;

(D)    purchase supplies, hire assistance or labor, or make repairs or alterations in the real property; and

(E)    manage and supervise an interest in real property, including the mineral estate, by, for example, entering into a lease for oil, gas, and mineral purposes, making contracts for development of the mineral estate, or making pooling and unitization agreements;

(6)    use, develop, alter, replace, remove, erect, or install structures or other improvements on real property in which the principal has or claims to have an estate, interest, or right;

(7)    participate in a reorganization with respect to real property or a legal entity that owns an interest in or right incident to real property, receive and hold shares of stock or obligations received in a plan or reorganization, and act with respect to the shares or obligations, including:

(A)    selling or otherwise disposing of the shares or obligations;

(B)    exercising or selling an option, conversion, or similar right with respect to the shares or obligations; and

(C)    voting the shares or obligations in person or by proxy;

(8)    change the form of title of an interest in or right incident to real property; and

(9)  . dedicate easements or other real property in which the principal has or claims to have an interest to public use, with or without consideration.

(10)    sell and enter into contracts for the sale of all or any part of my personal property, tangible or intangible, wherever situated with full power to deliver possession of said personal property and execute in my name any documents necessary to transfer title to said personal property, including bills of sale or other documents of title, taking any security interest for any unpaid balance deemed proper;

(11)    lease, purchase, acquire, and take possession of any personal property, tangible or intangible, or any interest therein, on such terms and conditions deemed proper;

(12)    sell, buy, contract to sell, or contract to buy, for cash or other consideration, on such terms and conditions deemed desirable, to or from such persons or entities as deemed advisable, and do any acts necessary or proper to transfer, assign, convey, or vote (including, but not limited to, calling of meetings of directors or shareholders or making and giving consents and ratifications), by proxy or otherwise, all my right, title, and interest in all or part of my stocks, bonds, commodity futures, futures, options, commodity

contracts, puts, calls or other securities of any kind, wherever located and whether owned by me or standing in my name on the books of any company or brokerage firm;

(13) deposit in my account with any bank, broker, trust company, or financial institution any check, monies, bills of exchange, drafts, promissory notes, and other securities for money payable or belonging to me; sign my name and endorse the same for deposit or collection; from time to time withdraw any monies deposited in my account and draw checks or drafts in my name; open bank accounts in my name; and pay any debts or expenses incurred by me or incurred on my behalf by my Attorney-in-Fact pursuant to the authority given by me;

(14) borrow money from such sources and on such terms deemed fit and proper, upon the security of any of my property, either real, personal, or otherwise, and execute, sign, acknowledge, and deliver in such form as may be required or requested any promissory note, mortgage, security agreement or any other instrument that may be required to give to the lender the right to resort to my property as security for repayment of any such loan;

(15) lend my money with or without interest to such sources and on such terms deemed fit and proper, with or without taking security either real, personal, or otherwise, and receive any promissory note, mortgage, security agreement or any other instrument that may be deemed fit to secure the loan if any security is required;

(16) enter any safety deposit box in my name in any bank and withdraw and take therefrom anything contained therein; open new safe deposit boxes and close out any safe deposit boxes;

(17) deal with any insurance company or agency with regard to any existing policy, pay premiums, make policy renewals, and purchase additional insurance of any type coverage;

(18) collect, sue on, compromise, settle, discharge, release, arbitrate, prosecute, or fail to prosecute any claim, debt, lien, or right of action held by me or against me;

(19) deal with any government administrative agency, federal, state, county, city, local, or otherwise, with regard to any matter in which I may have an interest, including but not limited to, any tax matter or controversy and any matter concerning the payment of benefits such as Social Security or Medicare;

(20) contract with, employ, compensate, and dismiss any agent, clerk, servant, attorney, accountant, investment advisor, or other person or contract for, or terminate any service of any kind, as deemed proper, and determine whether or not to act upon the advice of any such agent;

(21) continue, manage, actively transact, and pursue any business in which I may have an interest; incorporate, liquidate, or in any manner change the form of carrying on any business;

(22)     prepare, sign, and file all tax returns and pay all taxes required by law by any jurisdiction; file claims for abatement and refund; request extensions of time; exercise any·elections; act in my behalf in all tax matters of all kinds and for all periods before all persons representing the Internal Revenue Service or any taxing authority; file petitions to the tax court or any other court regarding tax matters; and sign and/or agree to any tax related document or procedure, including, but not limited to, receipts, offers, waivers, consents, power of attorney, closing agreements, receipt of confidential information and the posting of bonds;

(23)     expend income or principal of my estate for the health, education, maintenance, and support of myself and my dependents;

(24)     purchase for me United States of America Treasury Bonds of the kind which are redeemable at par in payment of federal estate taxes and to arrange for the safekeeping and custody of any such treasury bonds;

(25)     convey any and all assets of my estate (consisting of any real, personal, or mixed property, of whatever kind, wheresoever located and whensoever acquired) into such trust or trusts as my agent shall deem proper, irrespective of whether said trust is now in existence or hereinafter established. My agent shall be empowered to create and transfer assets to a revocable management trust for my benefit which will revert to my estate at my death on such terms as my agent shall deem to be in my best interest;

(26)     convey or release any contingent or expectant interests in property, any rights of survivorship incident to a joint tenancy, tenancy by the entirety, joint bank accounts, or trust bank account, and marital property rights;

(27)     exercise the right to revoke a revocable trust or surrender the right to revoke a revocable trust of which I am not a beneficiary;

(28)     elect payment options and ownership designation on any insurance policy, annuity, individual retirement account, pension plan or other retirement benefit, whether such designation was originally made by me or not, borrow money on any insurance policy, surrender any life insurance policy for its cash value, assigning any life insurance policy, and pledge any life insurance policy for a loan;

(29)     disclaim within the meaning of Section 122.001, et seq. of the Texas Estates Code, Section 112.010 of the Texas Trust Code, and Section 2518 of the Internal Revenue Code, any interest passing to me by testate or intestate succession, inter vivos transfer or otherwise;

(30)     make gifts to my issue in amounts not to exceed the amount of annual exclusions allowed from the Federal Gift Tax for the calendar year of the gift to any one of them; however, any gift to my Attorney-in-Fact shall not exceed the greater of Five Thousand and no/100 Dollars ($5,000.00) or five percent (5%) of my net estate but shall

in no respect exceed the amount of annual exclusions allowed from the Federal Gift Tax for the calendar year of the gift. Gifts may be in fee simple, through custodianship, expenditure on their behalf or upon such terms, trusts, conditions, and limitations as deemed proper; however, all gifts shall be made in such manner as to qualify in their entirety for the annual exclusion from the Federal Gift Tax;

(31)    make gifts to charity in amounts not exceeding the maximum amounts permitted for a charitable contribution under the federal income tax laws and commensurate with my past giving practices both as to amounts and as to the types of charitable beneficiaries.

I hereby revoke any prior Durable General Power of Attorney granted by me.

If any third party (including, but without limitation stock transfer agents, title insurance companies, banks, credit unions, and savings and loan associations) with whom my agent seek to transact refuses to recognize my agent' authority to act on my behalf pursuant to this power of attorney, I authorize my agents to sue and recover from such third party all resulting damages, costs, expenses and attorney's fees that are incurred because of such failure to act. The costs, expenses and attorney's fees incurred in bringing such action shall be charged against my general assets, to the extent that they are not recovered from said third party.

FURTHER, I state with regard to this Durable General Power of Attorney as follows:

(1)    I authorize my Attorney-in-Fact to execute on my behalf any documents necessary or convenient in the performance of any act;

(2)    I agree to indemnify and hold harmless any person who may act in reliance upon the authority granted to my Attorney-in-Fact hereby;

(3)    my Attorney-in-Fact shall not be personally liable for any act done under the authority of this Durable General Power of Attorney except for acts constituting gross misconduct or fraud;

(4)    self-dealing by my Attorney-in-Fact is permitted, and my Attorney-in-Fact may buy or sell, either directly or indirectly, any of my property from or to my Attorney-in-Fact, an affiliate, a relative, employer, partner, or business associate;

(5)    with regard to any life insurance policy on the life of my Attorney-in-Fact, the Attorney-in-Fact shall not exercise any incident of ownership within the meaning of Internal Revenue Code, Section 2042;

(6)    my Attorney-in-Fact shall be reimbursed for expenses advanced upon my behalf but for services rendered shall not be entitled to compensation;

(7)    this Durable General Power of Attorney shall not terminate on disability or incapacity of the principal, Angelita Z Olivarri;

**Page 5 of 7**

(8)   this Durable General Power of Attorney shall continue in full force and effect until revoked by an instrument in writing, executed and acknowledged by the undersigned. Revocation of the durable power of attorney is not effective as to a third party until the third party receives actual notice of the revocation of this Power of Attorney;

(9)   I authorize the Attorney-in-Fact or agent to indemnify and hold harmless any third party who accepts and acts under the power of attorney;

This Power of Attorney shall take effect immediately and is not affected by my subsequent disability or incapacity, and shall remain in effect and may be relied upon fully unless hereafter revoked by an instrument signed by me. It shall be filed for record in Bexar County, Texas, and any subsequent revocation shall also be filed for record in said County.

IN WITNESS WHEREOF, I have hereunto set my hand on this the ___ day of _____, 201_.

_____
Angelita Z Olivarri

**STATE OF TEXAS**          §
                            §
**COUNTY OF BEXAR**         §

Before me, the undersigned authority, on this day personally appeared Angelita Z Olivarri, who states that he is executing this General Power of Attorney for the purposes and consideration therein expressed.

Acknowledged before me by Angelita Z Olivarri on this ___ day of _____, 201_.

_____
Notary Public, State of TX

EDWARD T. CARRILO
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-06-2019


Notary Public Unit
P.O. Box 13375
Austin, Texas 78711-3375

Phone: (512) 475-2993
Fax: (512) 463-5255
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

October 17, 2017

Christopher and Maria Olivarri
5923 9th Dr.
Lubbock, TX 79416

olivari@swbell.net

*Re: Notary Complaint File - NCF #170081*

Dear Mr. and Mrs. Olivarri:

Thank you for bringing to our attention the matter addressed in your Notary Public Complaint. The notary public has responded. Based on the evidence provided in the complaint and the notary's sworn response, this office has determined that Edward T. Carrillo did not fully and faithfully discharge the duties and responsibilities required of a notary public.

The Office of the Secretary of State has taken action against the notary public's commission requiring an educational reprimand and a 90-day suspension from performing notarizations. Once the notary public has satisfactorily completed the terms as directed, this complaint will be closed.

This Office does not represent you, as the complainant, and cannot seek restitution for any monetary damages, determine the validity of the document in question, or decide contractual or other disputes between parties.

Please contact this office if you have any questions ore require additional assistance.

Thank you,
Belinda Kirk, Investigator
Notary Public Complaints
Government Filings Section
Phone: (512) 475-2993
Fax: (512) 463-5255
bkirk@sos.texas.gov

**RENT-TO-OWN AGREEMENT**

RENT-TO-OWN AGREEMENT made July 01, 1995, between Ray and Angelita Olivarri, with an address at 602 Kampmann St. SA, Tx.78201 (hereinafter referred to as "Landlord") Christopher and Maria Olivarri, with an address at 522 Cosgrove Street, SA.Tx.78210 (hereinafter referred to as "Tenant").

IT IS THEREFORE AGREED:

1. PREMISES: The Landlord shall sale to the Tenant the premises located at:

522 Cosgrove Street, San Antonio, Texas 78210

2. SALE TERM: The term of this sale shall be for a period of (20) years, commencing on July 1, 1995, ending July 1, 2015. At which time name on deed will be changed.

3. PAYMENT AMOUNT: The Tenant shall pay to the Landlord a monthly sum of; Five hundred and fifty dollars ($550.00) to own the property, of which shall be paid on the 7 day of each month.

4. UTILITIES: CPS, Gas and Water will be paid by Christopher and Maria Olivarri. Water will be put in Tenants name, CPS will remain in Landlords name.

5. ARBITRATION: Any controversy or claim arising within the twenty years of sale, out of or relating to this sale agreement or the breach thereof shall be settled by arbitration in accordance with the rules then obtaining of the American Arbitration Association, and judgment upon the award rendered may be entered and enforced in any court having jurisdiction thereof.

6. NO BREACH OR VIOLATION: The two parties warrant and represent each to the other, that the performance of this agreement does not violate any laws, statutes, local ordinances, state or federal regulations, or any court order or administrative order or ruling, nor is such performance in violation of any loan document's conditions or restrictions in effect for financing, whether secured or unsecured.

7. BENEFIT: This agreement shall be binding upon and inure to the benefit of the parties hereto and their legal representatives, successors and assigns.

8. NOTICES: Any notice required or desired to be given under this agreement shall be

deemed given if in writing sent by certified mail to the addresses of the parties to this lease agreement as follows:

Landlord: ___Ray and Angelita Olivarri 602 Kampmann, San Antonio Texa 78201___
(Name & Address)

Tenant: Chris and Maria Olivarri  522 Cosgrove Street San Antonio, Texas 78210
(Name & Address)

9. CAPTIONS: Captions are used in this agreement for convenience only and are not intended to be used in the construction or in the interpretation of this agreement.

10. INVALID PROVISION: In the event any provision of this agreement is held to be void, invalid or unenforceable in any respect, then the same shall not affect the remaining provisions hereof, which shall continue in full force and effect.

11. ENTIRE AGREEMENT: This agreement contains the entire understanding of the parties. It may not be changed orally. This agreement may be amended or modified only in writing that has been executed by both parties hereto.

12. INTERPRETATION: This lease agreement shall be interpreted under the laws of the State of _Texas_ .

_Angelita Olivarri_                    ___July 01, 1995___
Landlord  & Ray Olivarri          Date

_[signature]_                          ___July 01, 1995___
Tenants